IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00189-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

11.    MARIO ALBERTO BORJA-SALAS,

       Defendant.

---

**AMENDED ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Mario Alberto Borja-Salas, date of birth October 10, 1977, before a United States Magistrate Judge, forthwith for an initial appearance upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _1st_ day of _May_, 2009.

                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE
                                                      UNITED STATES DISTRICT COURT
                                                      DISTRICT OF COLORADO